UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. ALEX DIGIACOMO,<br><br>    Plaintiff/Relator,<br><br>v.<br><br>MATTHEW F. MCCARTY;<br>GENOTOX LABORATORIES, LTD.;<br>MATTHEW F. MCCARTY, MD PLLC<br>d/b/a BALCONES PAIN CONSULTANTS;<br>GENORITE PHARMACY, LLC; YOUR<br>LABORATORY, L.P. d/b/a YOUR<br>HEALTH LAB; ROBERT GARCIA;<br>BEARDEN HEALTHCARE<br>ASSOCIATES, INC.; SCREVEN<br>COUNTY HOSPITAL, LLC d/b/a OPTIM<br>MEDICAL CENTER-SCREVEN/OPTIM<br>HEALTHCARE; NEW BEGINNINGS<br>RECOVERY CENTER, INC.; CHICAGO<br>PAIN MEDICINE CENTER S.C.; and<br>JAMES R. DIESFELD,<br><br>    Defendants. | Civil Action No. 2:20-cv-97 |

## ORDER

This matter comes before the Court on Relator's Consent Motion for Voluntary Dismissal. Dkt. No. 11. Having considered the Motion, the Court finds that dismissal is appropriate under Fed. R. Civ. P. 41(a)(2). The claims against

Matthew McCarty, Matthew F. McCarty, MD PLLC d/b/a/ Balcones Pain Consultants, Genorite Pharmacy LLC, Your Laboratory, LP d/b/a Your Healthlab; Robert Garcia; Bearden Healthcare Associates, Inc.; Screven County Hospital, LLC d/b/a Optim Medical Center-Screven/Optim Healthcare; New Beginnings Recovery Center, Inc.; Chicago Pain Medicine Center S.C.; and James R. Diesfeld are dismissed with prejudice as to Relator Alex DiGiacomo and without prejudice as to the United States. The Clerk is DIRECTED to close this case.

SO ORDERED this 5 day of April, 2023.

HON. LISA GODBEY WOOD, JUDGE
UNTED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA